COURT OF APPEALS 
SECOND DISTRICT OF TEXAS
FORT WORTH
 
NO. 2-03-099-CV
 
MARVIN B. SMALL AND LAKE                                         APPELLANTS 
COUNTRY SQUARE INVESTMENT, INC.  
 
V.
 
LAKE COUNTRY PROPERTY OWNERS                                 
APPELLEE
ASSOCIATION, INC. 
 
----------
FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY
----------
MEMORANDUM OPINION


 AND JUDGMENT
----------
We have considered the “Joint Motion To Dismiss Appeal With
Prejudice.” It is the court's opinion that the motion should be granted;
therefore, we dismiss the appeal. See TEX. R. APP. P. 42.1(a)(1), 43.2(f).
Appellant shall pay all costs of this appeal, for which let execution issue. 
See Tex. R. App. P. 42.1(d).
PER CURIAM  
PANEL D:   WALKER, J.; CAYCE, C.J.; and LIVINGSTON, J. 

DELIVERED: December 18, 2003